**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs.** | ) | **1:21CR00047-17** |
| | ) | |
| **Cynthia Leigh McCarty** | ) | |

**ORDER**

On June 23, 2022, Cynthia Leigh McCarty appeared before the Court, and was sentenced, following a guilty plea, to 72 months imprisonment, followed by a 3-year term of supervised release, for the offense of conspiracy to possess with intent to distribute, and to distribute, controlled substances. McCarty was further ordered to pay a $100 special assessment, due immediately. On January 24, 2024, based on an order for sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2), McCarty's term of imprisonment was reduced from 72 months to 64 months. McCarty released to supervision on January 31, 2025.

On July 2, 2026, the probation office submitted a Petition for Warrant or Summons for Offender Under Supervision, alleging that McCarty failed to refrain from drug usage on each of the following dates: March 7, 2025; April 18, 2025; June 16, 2025; September 11, 2025; and June 23, 2026, attempted to obstruct or tamper with testing methods, and failed to report to the probation office as directed.

On September 29, 2026, an Addendum to Petition for Warrant or Summons for Offender Under Supervision was submitted by the probation officer, alleging that McCarty failed to refrain from drug usage on September 11, 2026, and was untruthful when questioned by the probation officer regarding her drug usage.

On October 21, 2026, a final revocation hearing was held to address the violations outlined above. McCarty, through her attorney, stipulated to Violations 1 through 9 outlined in the Petition

and Addendum. Based on McCarty's stipulation to all alleged violations, the Court found sufficient evidence to support revocation.

However, the Court recessed McCarty's hearing until January 31, 2027. The Court orders that, in the meantime, McCarty will be continued on supervised release, under the original terms and conditions ordered at sentencing on June 23, 2022, as well as orders her to participate in the Code-A-Phone (CAP) drug-testing program. McCarty was reminded that she must have reliable transportation for CAP and was advised that failing to report will result in a violation of her supervised release conditions.

Should McCarty have any further violations, the Court directs the United States Probation Office to file a Second Addendum to Petition for Warrant or Summons for Offender Under Supervision. However, should McCarty abstain from any violations of her term of supervision between now and January 31, 2027, the Court will terminate her term of supervised release at that time.

**SO ORDERED**, this 26th day of October, 2026.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA